# MEMORANDUM DECISIONS.

THE ABRAM P. SKIDMORE. THE CRESCENT. THE L. T. WHITMAN. (Circuit Court of Appeals. Second Circuit. March 16, 1909.) Nos. 177, 178. Appeals from the District Court of the United States for the Southern District of New York. Hyland & Zabriskie (Nelson Zabriskie, of counsel), for appellants. James J. Macklin (De Lagnel Berier, of counsel), for appellees Slater and others. MacFarland, Taylor & Costello (Willard W. Taylor, of counsel), for appellee Haskell. Before LACOMBE, WARD, and NOYES, Circuit Judges.

For opinion below, see 160 Fed. 265.

PER CURIAM. Decree affirmed, with single bill of costs.

---

GILL v. PARRISH. (Circuit Court of Appeals, First Circuit. April 22, 1909.) No. 817. Before COLT and PUTNAM, Circuit Judges, and ALDRICH, District Judge.

PER CURIAM. This case is affirmed, on the authority of Gill v. Austin, 157 Fed. 234, 84 C. C. A. 677, and Kinney v. Conant (C. C. A.) 166 Fed. 720. The judgment of the Circuit Court is affirmed, with interest.

---

HELLER v. NATIONAL WAISTBAND CO. (Circuit Court of Appeals, Second Circuit. April 8, 1909.) In Error to the Circuit Court of the United States for the Southern District of New York. See 168 Fed. 249. Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. We see no reason to order a rehearing, nor to certify the question to the Supreme Court. The decisions in Bessette v. W. B. Conkey Co., 194 U. S. 334, 24 Sup. Ct. 665, 48 L. Ed. 997, and Matter of Christensen Eng. Co., 194 U. S. 458, 24 Sup. Ct. 729, 48 L. Ed. 1072, cover the case now presented. The decision of the Circuit Court of Appeals in the First Circuit (Wilson v. Calculagraph Co., 153 Fed. 961, 83 C. C. A. 77) indicates that this order at the heel of the final decree might be reviewed by appeal.

---

HELVETIA SWISS FIRE INS. CO. v. BRANDENSTEIN et al. (Circuit Court of Appeals. Second Circuit. March 16, 1909.) No. 207. In Error to the Circuit Court of the United States for the Southern District of New York. Wallace, Butler & Brown (Frederick B. Campbell and Charles M. Turell, of counsel), for plaintiff in error. Sullivan & Cromwell (Royall Victor, of counsel), for defendants in error. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. Judgment affirmed, on opinion of Judge Holt. 159 Fed. 589.